# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JUNIOR W. THRASHER & KIMBERLY M. THRASHER    Case Number: 07-71750
2251 - 9TH STREET                     SSN-xxx-xx-3078 & xxx-xx-0562
ROCKFORD, IL  61104

Case filed on: 7/24/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $700.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPT OF HEALTHCARE | 5,341.60 | 5,341.60 | 0.00 | 0.00 |
|     | Total Priority | 5,341.60 | 5,341.60 | 0.00 | 0.00 |
| 999 | JUNIOR W. THRASHER | 0.00 | 0.00 | 700.00 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 700.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMPANY | 7,284.36 | 0.00 | 0.00 | 0.00 |
|     | Total Secured | 7,284.36 | 0.00 | 0.00 | 0.00 |
| 003 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | B-REAL LLC | 349.35 | 349.35 | 0.00 | 0.00 |
| 005 | MUTUAL MANAGEMENT SERVICES | 6,417.11 | 6,417.11 | 0.00 | 0.00 |
| 006 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PENTAGROUP FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PFG OF MINNESOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | THE AFFILATED GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Unsecured | 6,766.46 | 6,766.46 | 0.00 | 0.00 |
|     | Grand Total: | 19,392.42 | 12,108.06 | 700.00 | 0.00 |

Total Paid Claimant:     $700.00
Trustee Allowance:       $0.00           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00            discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/04/2008          By  /s/Heather M. Fagan